**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In Re: | ) | |
| Vinita Marie Morris, | ) | Case No. 05-44425 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FIRST AMENDMENT TO CHAPTER 13 PLAN**

COMES NOW, the Debtor, by and through her attorney, Tracy L. Robinson, and amends her Chapter 13 Plan filed with the Court on July 12, 2005 to reflect the following:

1. Debtor proposes to increase her plan payments to $1600.00 per month, commencing with her August plan payment until the completion of her case.

2. Debtor proposes that wage order be issued to her employer at Southwestern Bell Telephone LP, % SBC Service Inc., 1 SBC Center, Wage Attachment Dept. Box 50920, St. Louis, MO 63101

3. Debtor proposes to Retain lien and pay to value per 11 U.S.C. §1325(a)(5)(B)(i) & (ii) with any balance paid as non-priority unsecured the debt owed to HSBC on a 2001 Chevrolet Cavalier. The Fair Market value of said vehicle is $4180.00 and this debt is to be paid pro-rata and paid pursuant to the local rule rate of interest. Originally, this vehicle was to be surrendered to the creditor in lieu of debt pursuant to 11 U.S.C. §1325(a)(5)(C).

4. All other provisions of the original Chapter Plan, as previously amended, if any, shall remain the same.

Date: _____

_____
Vinita Marie Morris, Debtor

Respectfully Submitted,

/s/ Tracy L. Robinson
Tracy L. Robinson   #36691
818 Grand Blvd., Suite 505
Kansas City, MO  64106
Phone:  (816) 842-1317
Fax:      (816) 842-0315
Attorney for the Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Debtor's Amended Chapter 13 Plan was served, in addition to the parties notified by US Bankruptcy Court's electronic notification system, upon the affected creditors and other parties in interest via U.S. First Class Mail, postage prepaid, this 18th day of July, 2005.

/s/ Tracy L. Robinson
Tracy L. Robinson   #36691